

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

January 12, 2022

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Tavarez-Vargas v. Cordaroy's Wholesale, Inc.*; Case No. 1:21-cv-09872

Dear Judge Schofield:

    We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for January 19, 2022, at 4:20 p.m. The parties request this adjournment since Defendant's answer was due January 11, 2021, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Cordaroy's Wholesale, Inc*., and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules.

    Thank you for your consideration in this matter.

                                        Respectfully submitted,
                                        */s/ Edward Y. Kroub*
                                        EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

Application GRANTED IN PART AND DENIED IN PART. The initial conference scheduled for January 19, 2022, at 4:20 p.m. is adjourned sine die. By **January 26, 2022**, Plaintiff shall obtain a certificate of default and file a proposed order to show cause for default judgment and supporting papers as specified in the Court's Individual Rules.

Dated: January 12, 2022
New York, New York

                                        LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE